Daniel S. Alter
Attorney for Secured Creditor, Jennifer Stewart
360 Westchester Avenue, #316
Port Chester, New York 10573
(914) 393-2388

**Motion Date: May 12, 2026**
**Motion Time: 10:30 a.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

Daphne Patricia Thomas,

                        Debtor.
------------------------------------------------------------x

Chapter 13
Case No. 26-40449(ESS)

## NOTICE OF MOTION SEEKING RELIEF FROM THE
## AUTOMATIC STAY AND FOR RELATED RELIEF

**PLEASE TAKE NOTICE** that upon the annexed Motion of Creditor, Jennifer Stewart (the "Creditor"), a hearing shall be held before the before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201, on **May 12, 2026 at 10:30 a.m.** (the "Hearing Date"), or as soon thereafter as counsel can be heard, to consider the Creditor's motion seeking the entry of an order, pursuant to 11 U.S.C. § 362(d)(1) and § 1307(c), (i) granting relief from the automatic stay and (ii) dismissing the Debtor's Chapter 13 case, and (iii) for related relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion has been or will be filed at the office of the Clerk of the Bankruptcy Court and may be examined on the Court's website, www.nyeb.uscourts.gov/ (a PACER password and login are required), or may be obtained by contacting the Applicant in writing.

**PLEASE TAKE FURTHER NOTICE**, that all hearings before Judge Stong will be conducted in person or video, as the Court deems appropriate. Whether the hearing is in person or by video, please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number, and the party that you represent, if applicable. Please be sure to register at least two business days before your hearing. For video hearings, you will receive instructions on how to access the hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time and keep your audio and video on mute until your case is called. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. Alternatively, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. **In the event that you are not able to register online**, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, shall be made in writing, filed with the United States Bankruptcy Court for the Eastern District of New York, with a copy delivered directly to the Chambers of Honorable Elizabeth S. Stong and served upon (i) Daniel S. Alter, 360 Westchester Avenue #316, Port Chester, New York, 10573, (ii) Krista M. Pruess, Esq., Chapter 13 Trustee, 100 Jericho Quadrangle, Suite 127, Jericho, New York 11753; and (iii) Office of the United States Trustee, Eastern District of New York (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004-1408, so as to be received at least seven (7) business days prior to the Hearing Date.

Dated: Port Chester, New York
      March 26, 2026

           Daniel S. Alter
           Counsel for Secured Creditor, Jennifer Stewart
           360 Westchester Avenue #316
           Port Chester, New York 10573
           (914) 393-2388
           By: */s/ Daniel S. Alter*_____
              Daniel S. Alter