UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                          Chapter 13

                                                Case No. 26-40449(ESS)

Daphne Patricia Thomas,

                          Debtor.
-------------------------------------------------------------x

## ORDER GRANTING RELIEF FROM THE
## AUTOMATIC STAY AND GRANTING RELATED RELIEF

Upon the motion (the "Motion") of Jennifer Stewart a/k/a Jennifer DeSouza ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1), and for dismissal pursuant to 11 U.S.C. § 1307(c); and upon the Affirmation of Mitchell Hecht, Esq., dated March 25, 2026, and the exhibits annexed thereto; and upon the Memorandum of Law in support thereof; and due and proper notice having been given; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d)(1), the automatic stay imposed by 11 U.S.C. § 362(a) is hereby vacated and terminated to permit Movant to enforce the final Order and Judgment of the Supreme Court of the State of New York, Kings County dated May 25 in *Jennifer Stewart a/k/a Jennifer Desouza v. Michael Paul, et al.*, Index No. 515187/2020; and it is further

**ORDERED**, that Movant is authorized to proceed with all enforcement remedies authorized by that Judgment, including execution and ejectment of the Debtor and any occupants from the premises known as 175 Weirfield Street, Brooklyn, New York, by the Sheriff of Kings County and/or the New York City Marshal; and it is further

**ORDERED**, that enforcement of the state court Judgment does not constitute an act to obtain possession of property of the estate, as the Debtor held no valid ownership interest in the Premises as of the petition date; and it is further

**ORDERED**, that the fourteen (14) day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived, and this Order shall be effective immediately upon entry; and it is further

**ORDERED**, that, if the Court determines that dismissal is warranted, this Chapter 13 case is dismissed pursuant to 11 U.S.C. § 1307(c); and it is further

**ORDERED**, that the Court shall retain jurisdiction to enforce the terms of this Order.

Dated: Brooklyn, New York
      May __, 2026

_____
HONORABLE ELIZABETH S. STONG
UNITED STATES BANKRUPTCY JUDGE