Daniel S. Alter
Attorney for Secured Creditor, Jennifer Stewart
360 Westchester Avenue, #316
Port Chester, New York 10573
(914) 393-2388

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                              Chapter 13

                                                    Case No. 26-40449(ESS)

Daphne Patricia Thomas,

                             Debtor.
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION OF JENNIFER STEWART
## <u>SEEKING RELIEF FROM THE AUTOMATIC STAY</u>

**PLEASE BE ADVISED**, that Creditor, Jennifer Stewart, by her attorney, Daniel S.

Alter, hereby withdraws her Motion for Relief from the Automatic Stay, filed in the above-

referenced matter on March 26, 2026 [Docket No. 15], without prejudice to her rights and/or

remedies in this Court and/or any other forum.


Dated:   Port Chester, New York
         May 13, 2026

                                   Daniel S. Alter
                                   Counsel for Secured Creditor, Jennifer Stewart
                                   360 Westchester Avenue   #316
                                   Port Chester, New York 10573
                                   (914) 393-2388
                                   By: */s/ Daniel S. Alter*_____
                                        Daniel S. Alter